# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1658
_____

PENNY BARNES,

    Appellant,

    v.

WENDY JOHNS, and THE
WARRINGTON BANK, a
Corporation,

    Appellees.

_____


On appeal from the Circuit Court for Escambia County.
J. Scott Duncan, Judge.

May 6, 2019


PER CURIAM.

AFFIRMED. *See Holub v. Holub*, 54 So. 3d 585 (Fla. 1st DCA 2011) (holding that a party is bound by prior admissions under oath).

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

James L. Chase and Virginia C. Ralls of Chase, Higdon & Ralls, PLC, Pensacola, for Appellant.

Travis R. Johnson of Meador & Johnson, P.A., Pensacola, for Appellee Wendy Johns; Linda A. Hoffman of Carver, Darden, Koretzky, Tessier, Finn Blossman & Areaux, LLC, Pensacola, for Appellee The Warrington Bank.